

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00228-CV

PROSTAR WATER, INC. DBA TEXAS WATER SOLUTIONS
v.
TRANSPAREN DBA 7911955 CANADA, INC.

On Appeal from the
County Court at Law No. 2 of Hays County, Texas
Trial Cause No. 16-0364-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

January 18, 2018